**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In the matter of: Case Transfers to
**District Judge Jeffrey T. Kuntz**

Boyd v. Walmart Stores East LP, Case No:26-60141-CIV

Alvarado v. City of Pembroke Pines, Case No:26-61992-CIV

Arauz v. Moffa, Sutton & Donnini, P.A., Case No: 25-62192-CIV

Davis v. Sterling Infosystems, Inc., Case No: 25-62281-CIV

PT Legon Pari v. GA Telesis, LLC, Case No: 26-60110-CIV

Accelerant Specialty Insurance Company et al v. Ibikunle, Case No: 26-60818-CIV

Mermaid Marine Holdings, LLC v. Maverick Yacht Management, LLC, Case No: 24-20989-CIV

Doe v. Carnival Corp., Case No: 26-20509-CIV

Fyk v. American Neighborhood Mortgage Acceptance Company, LLC, Case No: 26-60059-CIV

De Ocejo v. Oceania Cruises DE R.L., Case No: 26-21089-CIV

Perez v. BMW Financial Services NA, LLC *et al*., Case No.: 26-cv-60644

Shore United Bank N.A., v. S/V Sweet Anne Marie, Case No.: 25-61375

Edwards v. Health Management Corporation of America *et al.,* Case No.: 25-cv-61050

USA v. Undetermined quantities of unauthorized electronic nicotine delivery system (ENDS) products, not including products with 0% nicotine, Case No.: 25-cv-23936

Zannini v. United States of America, Case No.: 25-cv-62584

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Jeffrey T. Kuntz.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Jeffrey T. Kuntz** as of August 12, 2026, for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Jeffrey T. Kuntz.** It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Jeffrey T. Kuntz**. It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials JTK in lieu of the present initials.

DONE and ORDERED at Fort Lauderdale, Florida, in chambers this 12th day of August, 2026.

United States District Judge

c: All counsel of record/pro se parties